

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

MIGUEL MENDOZA,     §     No. 08-17-00230-CR

   Appellant,     §     Appeal from the

v.     §     41st District Court

THE STATE OF TEXAS,     §     of El Paso County, Texas

   State.     §     (TC# 20140D02819)

§

# **O R D E R**

The Court GRANTS Bertha Prieto's request for an extension of time within which to file the Reporter's Record until **April 4, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Bertha Prieto, Court Reporter for the 41st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before April 4, 2018.

IT IS SO ORDERED this 6th day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.